AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 16-cr-373 |
| Timothy Parietti | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 01/23/2019

/s/ Michael T. Koenig
*Attorney's signature*

Michael T. Koenig (WiBN 1053523)
*Printed name and bar number*

United States Department of Justice
Antitrust Division
450 5th Street NW
Washington, DC 20530
*Address*

Michael.Koenig@usdoj.gov
*E-mail address*

(202) 616-2165
*Telephone number*

(202) 598-2428
*FAX number*