UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

TIMOTHY PARIETTI,

Defendant.

---

16-CR-373 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a petition for a writ of error coram nobis from defendant (now petitioner) Timothy A. Parietti, seeking to vacate Mr. Parietti's guilty plea, conviction, and sentence, based on the recent decision in *United States v. Connolly*, 24 F.4th 821 (2d Cir. January 27, 2022), reversing the trial convictions of Mr. Parietti's alleged co-conspirators. *See* Dkt. 26.

The petition raises a substantial question that merits prompt resolution. The Court is troubled by the representation in the petition that defense counsel has repeatedly attempted, by email and voicemail, to discuss with the Government the impact of *Connolly* on Mr. Parietti's conviction, but has not received a response. *Id.* (citing Krantz Decl. at ¶¶ 1-5). The Court directs the United States to file a response by Tuesday, July 19, 2022. Failure to respond will be taken as non-opposition to the petition. In the event that the United States opposes the relief sought, Mr. Parietti's reply will be due Tuesday, July 26, 2022.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 12, 2022
New York, New York