UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>TIMOTHY PARIETTI,<br><br>                              Defendant. | 16-CR-373 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

Yesterday, the Clerk's Office notified the Court that as a result of the Court's August 5, 2022 order vacating his conviction, Dkt. 32, Mr. Parietti is entitled to the return of the special assessment of $100 that he paid in connection with his guilty plea. The Court hereby orders the return forthwith to Mr. Parietti of the $100.

SO ORDERED.

                                                                *Paul A. Engelmayer*
                                                      PAUL A. ENGELMAYER
                                                      United States District Judge

Dated: August 11, 2022
        New York, New York